UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE GARNER, SR.

VERSUS

JEFFREY COLE, ET AL.

CIVIL ACTION

22-1051-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson. dated September 11, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is **GRANTED** and this matter is **REMANDED** to the 19th Judicial District Court for further proceedings.

Signed in Baton Rouge, Louisiana, on this 27 day of September, 2023.

*[signature]*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 9.
[3] Rec. Doc. 6.